UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT-FLINT

In the Matter of:

JENNIFER RENEE MCGRAIL,             Bankruptcy Case No. 10-35978-DSO
                                                        Chapter 7
                 Debtor(s)                  Hon. Daniel S. Opperman
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

       The attached check in the amount of $7.37 represents the total sum of unclaimed dividends check in this estate and is paid to the Court pursuant to 11 U.S.C. S347(a) .The name(s)of the Party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name  | Claim No. | Amount of Dividend |
|---|---|---|
| Chase Bank USA | 3 | $4.80 |
| GE Money Bank  | 8 | $2.57 |

Dated: May 25, 2011                             __/s/ Samuel D. Sweet_
                                                      Samuel D. Sweet, Chapter 7 Trustee
                                                      P.O. Box     757
                                                      Ortonville, MI 48462-0757
                                                      248-236-0985
                                                      ssweet@trusteesweet.us